**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL ACTION NO.** |
| | ) | |
| **Plaintiff,** | ) | **4:15-CR-151-0** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHRIS NICHOLSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION FOR DOWNWARD VARIANCE

Defendant, Christopher Nicholson, previously filed his Sentencing Memorandum in this case and counsel concluded the Memorandum by submitting that a sentence of between ten and fifteen years imprisonment is "sufficient but not greater than necessary to comply with the purposes" of sentencing under 18 U.S.C. § 3553.

Out of an abundance of caution, Mr. Nicholson hereby files this formal request for a Downward Variance and incorporates the discussion in the Sentencing Memorandum as if fully set out herein and made a part hereof.  Moreover, Mr. Nicholson identifies the following portions of 18 U.S.C. § 3553(a) as supporting such a variance:

> •18 U.S.C. § 3553(a)'s "parsimony clause" requiring the Court to impose a sentence "not greater than necessary to comply with the

purposes" of sentencing.

•U.S.C. § 3553(a)(1) requiring the Court to consider the history and characteristics of the defendant; and

•18 U.S.C. § 3553(a)(6) requiring the Court to consider the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct.

Respectfully submitted,


 /s/ F. Clinton Broden
F. Clinton Broden
TX Bar No. 24001495
Broden & Mickelsen
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorney for Defendant
Chris Nicholson

2

## CERTIFICATE OF SERVICE

I, F. Clinton Broden, certify that on May 23, 2016, I caused a copy of the above

document to be served via electronic filing on:

Shawn Smith
United States Attorneys Office
801 Cherry St # 1700
Fort Worth, TX 76102


 /s/ F. Clinton Broden
F. Clinton Broden